IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    :
   :
v.    :    1:20CR 325 -1
   :
RUFINA CONCHO-LOCKLEAR    :

The United States Attorney charges:

On or about November 8, 2016, in the County of Guilford, in the Middle District of North Carolina, RUFINA CONCHO-LOCKLEAR, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

MATTHEW G.T. MARTIN
United States Attorney

STEPHEN T. INMAN
Assistant United States Attorney

Case 1:20-cr-00325-LCB   Document 1   Filed 08/13/20   Page 1 of 1